```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                       Richmond Division
```

JOHN A. JUREIDINI and
THE RUG LIFE, LLC,

    Plaintiffs,

v.                                Civil Action No. 3:23cv647

JOHN MORRISON,

    Defendant.

**ORDER**

The Court having been advised that the parties in this action have executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that the DEFENDANT'S MOTION FOR RELIEF UNDER VIRGINIA CODE § 8.01-271.1 (ECF No. 27) is denied as moot.

    It is so ORDERED.

                                      /s/ REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: June 24, 2024